**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly D. Jones, OSB No. 074217**
Law Office of Kelly D. Jones
kellydonovanjones@gmail.com
Direct 503-847-4329

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BRADY PALMER** | Case No. 3:21-cv-01434-HZ |
| Plaintiff | **NOTICE OF DISMISSAL WITH PREJUDICE** |
| vs | |
| **CURALEAF, INC.** | |
| Defendant | |

**NOTICE OF DISMISSAL WITH PREJUDICE** – Page 1 of 3

## NOTICE OF DISMISSAL WITH PREJUDICE

Under FRCP 41 this action is dismissed with prejudice and without attorney fees or costs or expenses to any party.

December 16, 2021

                                          **RESPECTFULLY FILED,**

                                          s/ Michael Fuller
                                          **Michael Fuller, OSB No. 09357**
                                          Lead Trial Attorney for Plaintiff
                                          OlsenDaines
                                          US Bancorp Tower
                                          111 SW 5th Ave., Suite 3150
                                          Portland, Oregon 97204
                                          michael@underdoglawyer.com
                                          Direct 503-222-2000

## CERTIFICATE OF SERVICE

I certify I caused this document to be served on all parties via CM/ECF and by email to:

**Curaleaf, Inc.**
**c/o attorney Graham Sweitzer**
**graham.sweitzer@harrang.com**

December 16, 2021

                                              s/ Michael Fuller
                                              **Michael Fuller, OSB No. 09357**
                                              Lead Trial Attorney for Plaintiff
                                              OlsenDaines
                                              US Bancorp Tower
                                              111 SW 5th Ave., Suite 3150
                                              Portland, Oregon 97204
                                              michael@underdoglawyer.com
                                              Direct 503-222-2000

**NOTICE OF DISMISSAL WITH PREJUDICE** – Page 3 of 3